# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| AINSWORTH ENGINEERED (USA), LLC, et al. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 1:07 CV 00909 CAB <br><br> JUDGE CHRISTOPHER A. BOYKO <br><br><br> **STIPULATED PROPOSED** <br> **SCHEDULING ORDER** |
| Plaintiff, | | |
| v. | | |
| ADVANCE MANUFACTURING CORPORATION, et al | | |
| Defendants. | | |

Pursuant to this Court's Order dated March 19, 2008 the parties to this case are informing the Court that they have reached a resolution of the discovery dispute set forth in Plaintiff Ainsworth Engineered's Motion for Protective Order filed March 14, 2008 and Defendants Combined Motion to Compel Discovery, Motion to Extend Discovery and Brief in Opposition to Plaintiff's Motion for Protective Order filed March 17, 2008. The parties to this case, by and through their counsel of record, propose the following:

1. All fact discovery is to be completed by May 30, 2008.

2. Plaintiff is to serve on counsel for all Defendants reports from all expert witnesses Plaintiff intends to call as witnesses in the trial of this case on or before June 30, 2008.

3. Defendants are to serve on counsel for Plaintiffs reports from all expert witnesses each Defendant intends to call as witnesses in the trial of this case on or before July 31, 2008.

4. The expert discovery cut-off is September 2, 2008.

Respectfully submitted,

/s/ Shannon M. Donze
PAUL D. EKLUND (0001132)
SHANNON M. DONZE (0078235)
DAVIS &YOUNG
1200 Fifth Third Center
600 Superior Avenue, East
Cleveland, Ohio 44114-2654
(216) 348-1700
*Attorneys for Defendant*
*Barberton Steel Industries, Inc.*

/s/ Seth J. Leventhal
SETH LEVENTHAL (Admitted Pro Hac Vice)
PETER SIPKINS (Admitted Pro Hac Vice)
Dorsey & Whitney - Minneapolis
50 South Sixth St., Suite 1500
Minneapolis, MN 55402
(612) 340-2600
*Attorneys for Plaintiff,*
*Ainsworth Engineered (USA), LLC*

/s/ Brian S. Deckert
BRIAN S. DECKERT (0071220)
JASON WINTER (0076191)
Janik, Dorman & Winter, LLP
9200 South Hills Blvd., Suite 300
Cleveland, Ohio 44147
(440) 838-7600
*Attorneys for Defendant,*
*U.S. Inspection Services, Inc.*

/s/ Roy A. Hulme
ROY A. HULME (0001090)
Reminger Co., LPA
1400 Midland Building
101 Prospect Avenue, W.
Cleveland, Ohio 44115
(216) 687-1311
*Attorney for Defendant,*
*Advance Manufacturing Corporation*

/s/ George Vince
GEORGE VINCE (0027885)
13 West Main Street
Madison, Ohio 44057
(440) 428-6044
*Attorney for Defendant,*
*Forest Products Technologies, Inc.*

```
IT IS SO ORDERED
MARCH 28, 2008

S/CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE
```