# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **AINSWORTH ENGINEERED LLC,** ) | **CASE NO.  1:07CV909** |
|  ) | |
|     **Plaintiff,**     ) | **JUDGE CHRISTOPHER A. BOYKO** |
|  ) | |
| vs.  ) | **ORDER** |
|  ) | |
| **FOREST PRODUCTS**  ) | |
| **TECHNOLOGIES, INC., et al.,**  ) | |
|           **Defendants.**  ) | |

**CHRISTOPHER A. BOYKO, J**.:

This matter comes before the Court upon the Report of Mediator received following the conference conducted on January 16, 2009.  The reference to ADR is extended; and the Court incorporates the terms and provisions of the initial Mediation Order (ECF DKT #220).

Based upon the information provided in the Report of Mediator, the mediation conference shall re-convene for a two-day session on a date no later than March 6, 2009.  The Mediation Report shall be submitted on or before March 13, 2009.

**IT IS SO ORDERED.**

**DATE: January 23, 2009**

   **S/Christopher A. Boyko**
   **CHRISTOPHER A. BOYKO**
   **United States District Judge**