UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **AINSWORTH ENGINEERED LLC,** | ) | **CASE NO.  1:07CV909** |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **FOREST PRODUCTS** | ) | |
| **TECHNOLOGIES, et al.,** | ) | |
| Defendants. | ) | |

**CHRISTOPHER A. BOYKO, J**.:

    The Court is in receipt of a copy of a letter to counsel on the above-captioned case from the Mediator, John D. Liber, Esq.  He suggests the disputed issue as to the nature and extent of coverage available to Defendant USIS should be resolved; and the Mediator should be informed of that resolution prior to reconvening the mediation conference in April.  The Court agrees that the insurance coverage question is crucial to the parties' participation and negotiation efforts, as well as to a satisfactory resolution of the litigation.  Therefore, the contested insurance coverage issue shall be resolved, and the Mediator shall be so advised in advance of the mediation conference.

    **IT IS SO ORDERED.**

    **DATE: February 23, 2009**

                                               **S/Christopher A. Boyko**
                                               **CHRISTOPHER A. BOYKO**
                                               **United States District Judge**