# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **AINSWORTH ENGINEERED LLC,** | ) | **CASE NO. 1:07CV909** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **FOREST PRODUCTS** | ) | |
| **TECHNOLOGIES, et al.,** | ) | |
| **Defendants.** | ) | |

**CHRISTOPHER A. BOYKO, J.**:

The Court is in receipt of a letter from counsel for Plaintiff, Ainsworth Engineered (USA), LLC, concerning the commercial general liability insurance policy issued to Defendant U.S. Inspection Services, Inc. (USIS) through Hartford. The Court believes the availability and extent of insurance coverage is crucial to productive negotiations. Therefore, a representative of Hartford, with full knowledge and authority, shall attend the Mediation Conference scheduled for April 2–3, 2009.

**IT IS SO ORDERED.**

**DATE: March 31, 2009**

 S/Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**United States District Judge**